EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Ramón A. Amador López | 2021 TSPR 110<br><br>207 DPR \_\_\_\_\_ |

Número del Caso: TS-12,522

Fecha: 23 de julio de 2021

Abogado de la parte peticionaria:

    Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Ramón A. Amador López            TS-12,522

RESOLUCIÓN

En San Juan, Puerto Rico, a 23 de julio de 2021.

Examinada la *Moción al expediente* que presentó el Sr. Ramón A. Amador López, el Tribunal se da por enterado. Además, se reinstala al señor Amador López al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Asociada señora Pabón Charneco y el Juez Asociado señor Feliberti Cintrón denegarían la moción por haberse suscrito la misma como licenciado sin serlo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo